

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-24-00537-CV

———————————————————

IN THE ESTATE OF TOM ALBIN LYLES, DECEASED

On Appeal from Probate Court No. 1
Tarrant County, Texas
Trial Court No. 2010-PR01022-1-A

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on April 4, 2025, *see* Tex. R. App. P. 38.6(a), but no brief was filed. On April 22, 2025, we notified Appellant that we could dismiss her appeal for want of prosecution unless, by May 21, 2025, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). That date has passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f). Appellant must pay all costs of this appeal.

Per Curiam

Delivered:  June 12, 2025